Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants COUNTY OF RIVERSIDE, DEPUTY BRENNEN MCBRIDE, CORRECTIONAL DEPUTY NICHOLAS HOMAN, DEPUTY JULIO CERVANTES, CORRECTIONAL DEPUTY CHRISTOPHER ALVAREZ, CORRECTIONAL DEPUTY SAMUEL HUANTE, CORRECTIONAL DEPUTY DEREK KRAMER, CORRECTIONAL LIEUTENANT MICHAEL LOHR, and NURSE JULIE COX (ERRONEOUSLY SUED AS "NURSE COX" AND AS "NURSE JULIE").

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JASON WARREN, | Case No. 5:18-CV-01280-DMG (SPx) |
| Plaintiff, | *[The Hon. Dolly M. Gee, Magistrate Judge, Sheri Pym]* |
| v. | |
| COUNTY OR RIVERSIDE, a governmental entity; DEPUTY MCBRIDE, an individual; DEPUTY HOMAN, an individual; DEPUTY CERVANTES, an individual; DEPUTY ALVAREZ, an individual; DEPUTY HUANTE, an individual; DEPUTY KRAMER, an individual; SERGEANT LOHR, an individual; NURSE COX, an individual; DEPUTY ROCHA, an individual; and NURSE JULIE an individual, | **NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  6/13/2018<br>FAC Filed:          01/25/2019<br>SAC Filed:          09/30/2019<br>Trial Date:          03/23/2021 |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount.

The settlement is between the Plaintiff JASON WARREN, an individual, and

**NOTICE OF SETTLEMENT**

the COUNTY OF RIVERSIDE, on behalf of its employee defendants, DEPUTY BRENNEN MCBRIDE, CORRECTIONAL DEPUTY NICHOLAS HOMAN, DEPUTY JULIO CERVANTES, CORRECTIONAL DEPUTY CHRISTOPHER ALVAREZ, CORRECTIONAL DEPUTY SAMUEL HUANTE, CORRECTIONAL DEPUTY DEREK KRAMER, CORRECTIONAL LIEUTENANT MICHAEL LOHR, and NURSE JULIE COX (ERRONEOUSLY SUED AS "NURSE COX" AND AS "NURSE JULIE").  ( collectively the "Parties"), by and through their attorneys of record.

Upon finalization of the settlement, the entire case shall be dismissed with prejudice. The parties intend to file a Stipulation for Dismissal of the Complaint, and all remaining claims/causes of action contained therein against any and all defendant(s), with prejudice pursuant to the settlement of this matter.

The parties request that all dates, deadlines, and hearings be vacated and that all proceedings be stayed.

**Respectfully Submitted,**

DATED:  April 29, 2021         **THE SEHAT LAW FIRM, PLC**

By:   */s/ Cameron Sehat*
          Cameron Sehat
          Attorneys for Plaintiff, JASON WARREN

DATED: April 29, 2021          **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


By:     */s/ Angela M. Powell*
        Angela M. Powell
        Attorneys for Defendants County of Riverside, Deputy Brennen McBride, Correctional Deputy Nicholas Homan, Deputy Julio Cervantes, Correctional Deputy Christopher Alvarez, Correctional Deputy Samuel Huante, Correctional Deputy Derek Kramer, Correctional Lieutenant Michael Lohr, and Nurse Julie Cox (erroneously sued as "Nurse Cox" and as "Nurse Julie").