Eugene P. Ramirez (State Bar No. 134865)
 epr@manningllp.com
Angela M. Powell (State Bar No. 191876)
 amp@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants COUNTY OF RIVERSIDE, DEPUTY BRENNEN MCBRIDE, CORRECTIONAL DEPUTY NICHOLAS HOMAN, DEPUTY JULIO CERVANTES, CORRECTIONAL DEPUTY CHRISTOPHER ALVAREZ, CORRECTIONAL DEPUTY SAMUEL HUANTE, CORRECTIONAL DEPUTY DEREK KRAMER, CORRECTIONAL LIEUTENANT MICHAEL LOHR, and NURSE JULIE COX (ERRONEOUSLY SUED AS "NURSE COX" AND AS "NURSE JULIE").

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON WARREN, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OR RIVERSIDE, a governmental entity; DEPUTY MCBRIDE, an individual; DEPUTY HOMAN, an individual; DEPUTY CERVANTES, an individual; DEPUTY ALVAREZ, an individual; DEPUTY HUANTE, an individual; DEPUTY KRAMER, an individual; SERGEANT LOHR, an individual; NURSE COX, an individual; DEPUTY ROCHA, an individual; and NURSE JULIE an individual, <br><br> Defendants. | Case No. 5:18-CV-01280-DMG (SPx) <br><br> *[The Hon. Dolly M. Gee, Magistrate Judge, Sheri Pym]* <br><br> **STIPULATION OF THE PARTIES TO DISMISS CASE** <br><br> Complaint Filed:  6/13/2018 <br> FAC Filed:        01/25/2019 <br> SAC Filed:        09/30/2019 <br> Trial Date:       03/23/2021 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

///

1  PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that
2  the parties have reached a settlement of this entire case for a specified amount.
3  STIPULATION FOR DISMISSAL.
4     1.   Plaintiff hereby stipulates to dismiss with prejudice Defendants,
5  COUNTY OF RIVERSIDE, DEPUTY BRENNEN MCBRIDE, CORRECTIONAL
6  DEPUTY NICHOLAS HOMAN, DEPUTY JULIO CERVANTES,
7  CORRECTIONAL DEPUTY CHRISTOPHER ALVAREZ, CORRECTIONAL
8  DEPUTY SAMUEL HUANTE, CORRECTIONAL DEPUTY DEREK KRAMER,
9  CORRECTIONAL LIEUTENANT MICHAEL LOHR, and NURSE JULIE COX
10 (ERRONEOUSLY SUED AS "NURSE COX" AND AS "NURSE JULIE"), as
11 defendants and parties to the above-entitled action. Plaintiff and Defendants shall
12 bear their own costs.
13    2.   [Signature Attestation.] Pursuant to C.D. Cal. Local Rule 5-
14 4.3.4(a)(2)(i), the undersigned hereby certify that the content of this document is
15 acceptable to all parties listed above, by and through their counsel of record, and
16 that each has obtained authorization from each party's counsel to affix their
17 electronic signatures to this document.
18    The parties request that all dates, deadlines and hearings be vacated and that
19 all proceedings be stayed.
20    IT IS SO STIPULATED.
21
22 DATED: June 16, 2021          **THE SEHAT LAW FIRM, PLC**
23
24
25                                     By:   /s/ *Cameron Sehat*
26                                           Cameron Sehat
                                          Attorneys for Plaintiff, Jason Warren
27
28

*[Left margin: MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP, Attorneys at Law]*

| | |
|---|---|
| DATED:  June 16, 2021 | **MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP**<br><br>By:  /s/ *Angla M. Powell*<br>Angela M. Powell<br>Attorneys for Defendants County of Riverside, Deputy Brennen McBride, Correctional Deputy Nicholas Homan, Deputy Julio Cervantes, Correctional Deputy Christopher Alvarez, Correctional Deputy Samuel Huante, Correctional Deputy Derek Kramer, Correctional Lieutenant Michael Lohr, and Nurse Julie Cox (erroneously sued as "Nurse Cox" and as "Nurse Julie"). |