# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JASON WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OR RIVERSIDE, a governmental entity; DEPUTY MCBRIDE, an individual; DEPUTY HOMAN, an individual; DEPUTY CERVANTES, an individual; DEPUTY ALVAREZ, an individual; DEPUTY HUANTE, an individual; DEPUTY KRAMER, an individual; SERGEANT LOHR, an individual; NURSE COX, an individual; DEPUTY ROCHA, an individual; and NURSE JULIE an individual,<br><br>　　　　Defendants. | Case No. ED CV 18-1280-DMG (SPx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [88]** |

Pursuant to the "Stipulation of the Parties and Joint Request for Dismissal With Prejudice as to Defendants, COUNTY OF RIVERSIDE, DEPUTY BRENNEN MCBRIDE, CORRECTIONAL DEPUTY NICHOLAS HOMAN, DEPUTY JULIO CERVANTES, CORRECTIONAL DEPUTY CHRISTOPHER ALVAREZ, CORRECTIONAL DEPUTY SAMUEL HUANTE, CORRECTIONAL DEPUTY

DEREK KRAMER, CORRECTIONAL LIEUTENANT MICHAEL LOHR, and NURSE JULIE COX (ERRONEOUSLY SUED AS "NURSE COX" AND AS "NURSE JULIE"), and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all defendants in its entirety. Each party shall bear its own costs.

DATED: June 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE